UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case 93-00073-01-W-HFS |
| | ) | |
| JOHN ANTHONY MANDACINA, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

For good and sufficient cause, it is hereby ORDERED that John A. Mandacina is to be released from the Bureau of Prisons on January 6, 2023, under compassionate release.

According to John A. Mandacina's Motion for Sentence Reduction - Compassionate Release (Doc. # 233, Case No. 93-CR-00073-HFS) is GRANTED. Defendant's remaining terms of imprisonment in 93-CR-00073-HFS is reduced to time served.

1. TRAVEL PLANS: Attorney Norrid will travel from Springfield, Missouri, to pick up Mr. Mandacina at the Federal Correctional Institution at Pekin, Illinois. Attorney Norrid will transport Mr. Mandacina to the University of Kansas Medical Center (KUMC) located at 3901 Rainbow Boulevard in Kansas City, Kansas, for evaluation.

1

2. RESIDENCE: Following the KUMC evaluation, Attorney Norrid will transport Mr. Mandacina to his residence where he will reside at 7110 North Norton Street, Gladstone, MO 64119, with his wife Anne Mandacina.

3. PROBATION: The United States Probation Office for the Western District of Missouri has approved Mr. Mandacina's home plan, and approved Mr. Mandacina's trip to UMKC for evaluation.

In addition, it is ORDERED that upon John A. Mandacina's compassionate release from the Federal Bureau of Prisons on January 6, 2023, and his five year term of supervision shall commence as scheduled.

                                                                           */s/ Howard F. Sachs*
                                                                           HOWARD F. SACHS
                                                                           United States District Judge

January 5, 2023
Kansas City, Missouri